**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BILLY GENE STAGGS**                                                           **PLAINTIFF**

**v.**                         **CASE NO. 3:25-CV-00115-BSM**

**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**
Commissioner

### ORDER

United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc.

No. 9] is adopted.  The Commissioner's decision is affirmed and Billy Staggs's claims are

dismissed with prejudice.

IT IS SO ORDERED this 30th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE