### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BILLY GENE STAGGS**                                                            **PLAINTIFF**

**v.**                              **CASE NO. 3:25-CV-00115-BSM**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**
Commissioner

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE